AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| CAROLINE CHAVIS,        )<br>   Plaintiff,        )<br>        )<br>v.        )<br>        )<br>        )<br>CAROLYN W. COLVIN,        )<br>*Acting Commissioner of Social Security*,        )<br>   Defendant.        ) | **JUDGMENT**<br>**CASE NO. 7:12-CV-358-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED**   that the Court adopts the Memorandum and Recommendations [D.E. 36]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 27] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 33] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 19, 2014,** WITH A COPY TO:

H. Clifton Hester  (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)

| | |
|---|---|
| February 19, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |